IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| Chad Hamlin, | ) | Case No. CV 06-02-KI |
| --- | --- | --- |
| Petitioner, | ) | |
| v. | ) | ORDER OF VOLUNTARILY DISMISSAL |
| Brian Belleque, | ) | |
| Respondent. | ) | |

This matter came before the Court pursuant to the Petitioner's motion for an Order voluntarily dismissing his habeas corpus action without prejudice. For good cause shown, the motion is granted. This action is hereby dismissed without prejudice.

/s/ Garr King
Garr King
Judge, United States District Court

Submitted by:

/s/ Dennis N. Balske
Dennis N. Balske